# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Griselda Celeste ESTRADA MARROQUIN

**CRIMINAL COMPLAINT**

CASE NUMBER: 10-2947-TORRES

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 2, 2010, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, Griselda Celeste Estrada Marroquin did knowingly utter, use, attempt to use, and possess documents prescribed by statute as evidence of authorized entry into the United States, that is, Guatemalan passports containing fraudulently obtained entry stamps, knowing the passports to be altered; in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer and that this complaint is based on the following facts:

On or about July 2, 2010, the defendant, Griselda Celeste ESTRADA MARROQUIN, arrived at Miami International Airport aboard American Airlines Flight #928 from Guatemala City, Guatemala. The defendant presented two Guatemalan passports (one expired and one valid) for examination and entry into the United States. During the secondary examination, Bureau of Customs and Border Protection Officers discovered the Guatemalan passports appeared to be genuine; however both Guatemalan passports contained backdated stamps indicating that she had entered Guatemala on December 10, 2002 and April 15, 2009. Records checks revealed that the defendant did not actually exit the United States until March 24, 2009 and June 18, 2010. During a Customs and Border Protection secondary interview, the defendant admitted she obtained both fraudulent stamps in order to conceal her overstay violations in the United States.

ROLANDO GONZALEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

JULY 5, 2010    at    Miami, Florida
Date                                                   City and State

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                  Signature of Judicial Officer